**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-7554**

---

KEVIN JEROME FUELL,

Petitioner - Appellant,

versus

UNITED STATES OF AMERICA; D. SCOTT DODRILL,

Respondents - Appellees.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, Chief District Judge. (CA-00-592-5-BO)

---

Submitted: December 14, 2000      Decided: December 22, 2000

---

Before WIDENER, WILKINS, and TRAXLER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Kevin Jerome Fuell, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kevin Jerome Fuell seeks to appeal the district court's orders denying relief on his petition filed under 28 U.S.C. § 2241 (1994), and denying his motion under Fed. R. Civ. P. 59(e).  We have reviewed the record and the district court's opinions and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  <u>Fuell v. United States</u>, No. CA-00-592-5-BO (E.D.N.C. Sept. 20 & Oct. 12, 2000).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>